**Stanley Lind, et al., Appellees and Cross-Appellants, v. Chester Carson and Terrance Howard, Appellants and Cross-Appellees.**

**Gen. No. 47,149.**

First District, Second Division.

March 11, 1958.

Released for publication April 10, 1958.

Eugene R. Ward for appellants, cross-appellees; Max Chill, and Herman Chill, for appellees. Opinion by JUSTICE MURPHY. **Not to be published in full.**